United States District Court
Southern District of Texas
**ENTERED**
June 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELDERICK BRASS, § § § Plaintiff, § VS. § HARRIS COUNTY HOSPITAL DISTRICT; § dba HARRIS HEALTH SYSTEM, § § Defendants. § | CIVIL ACTION NO. 4:21-CV-00962 |

## ORDER OF CONDITIONAL DISMISSAL

The Court has been informed that the parties have conditionally resolved this matter with dismissal documents to be agreed and provided to the Court within 45 days of this filing (Dkt. No. 13). This case is held in abeyance for 45 days pending submission of dismissal papers.

It is so Ordered.

SIGNED on this 30th day of June, 2021.

_____
Kenneth M. Hoyt
United States District Judge