United States District Court
Southern District of Texas
**ENTERED**
August 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELDERICK BRASS,<br><br>    Plaintiff,<br>VS.<br><br>HARRIS COUNTY HOSPITAL DISTRICT;<br>d/b/a HARRIS HEALTH SYSTEM,<br><br>    Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:21-CV-00962<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL ON STIPULATION

Parties in the above styled and numbered cause of action have filed a Stipulation of Dismissal with prejudice (Dkt. No. 15), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is Ordered that this case is dismissed with prejudice, with each party to bear its own costs.

It is so ORDERED.

SIGNED on this 10th day of August, 2021.

_____
Kenneth M. Hoyt
United States District Judge